**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PAPERS OF SHERRIE COHEN AS CANDIDATE FOR THE OFFICE OF PHILADELPHIA CITY COUNCIL-AT-LARGE | : : : : : : | No. 455 EAL 2019<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: SHERRIE COHEN | : | |
| IN RE: NOMINATION PAPERS OF SHERRIE COHEN AS CANDIDATE FOR THE OFFICE OF PHILADELPHIA CITY COUNCIL-AT-LARGE | : : : : : : | No. 456 EAL 2019<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: SHERRIE COHEN | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 26th day of September, 2019, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue rephrased for clarity, is:

> Did the Commonwealth Court and the trial court err by not considering the withdrawal of Candidate's nomination petition by court order to be a voluntary withdrawal that would allow her to file nomination papers pursuant to *Packrall v. Quail*, 192 A.2d 704 (Pa. 1963)?

   The Prothonotary is directed to set an expedited briefing schedule.